Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Wendy Gaye Grady

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WENDY GAYE GRADY,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 3:26-cv-00428-CLB<br><br>ORDER GRANTING<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF<br><br>(FIRST REQUEST) |

Plaintiff Wendy Gaye Grady and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from September 28, 2026 to November 5, 2026, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. Plaintiff's Counsel having several other motions due in a two-week period and an extension will allow additional time to properly address the issues within the 2,295 page administrative record.

DATE: September 23, 2026 Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*

BY: ____________________

Marc V. Kalagian
Attorney for plaintiff Wendy Gaye Grady

DATE: September 23, 2026

SIGAL CHATTAH
First Assistant United States Attorney

/s/ *Christopher Vieira*

BY: ____________________

Christopher Vieira
Special Assistant United States Attorney
|*authorized by e-mail|

IT IS SO ORDERED:

THE HONORABLE CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE

DATED: September 23, 2026